

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-17-00058-CR

David Alexander **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is deemed filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court